IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SENO CARTER                                                                                    PLAINTIFF
REG. #17198-045

V.                                        NO: 4:10CV01533 JMM

HARLEY LAPPIN *et al.*                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   30   day of June, 2011.


_____
UNITED STATES DISTRICT JUDGE